**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CTC Distribution Services, LLC,
a Delaware limited liability company,
n/k/a CTC Asset Management, LLC,

Plaintiff,

vs.

LTD Commodities Inc.,
an Illinois corporation,

Defendant.

Civil File No.: 00-2504 (MJD/JGL)

**ORDER**

The above entitled matter is before the Court on a Stipulation of Counsel to Change Name of Plaintiff executed by counsel for all parties. The Court has considered all the pleadings, records and the stipulation herein and based on the same,

IT IS THEREFORE ORDERED, that the name of Plaintiff in this matter is hereby changed to CTC Asset Management, LLC, and all further pleadings shall so reflect this change.

Date: JAN 31, 2001

BY THE COURT:

I:\HOME\COMLIT\CTC\LTD\ORDER.NAM

FILED JAN 31
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| CTC Distribution Services, LLC,<br>a Delaware limited liability company,<br>n/k/a CTC Asset Management, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LTD Commodities Inc.,<br>an Illinois corporation,<br><br>Defendant. | ) | Civil File No.: 00-2504 (MJD/JGL)<br><br>**STIPULATION OF COUNSEL TO CHANGE NAME OF PLAINTIFF** |

Undersigned counsel enter into the following stipulation:

1. Counsel for the plaintiff has represented:

(a) That certain assets of CTC Distribution, LLC, including its ongoing business and its name have been sold to another company. As a result, Plaintiff was required to change its name to CTC Asset Management, LLC; and

(b) That the Plaintiff has retained all rights and liabilities that exist or may arise related to the subject matter of the above-entitled action.

THEREFORE, the parties stipulate:

1. That the name of Plaintiff in this matter should be changed to CTC Asset Management, LLC and that all further pleadings shall so reflect this change.

Date: January 24, 2001.

**KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.**

By: ______________________
Andrew R. Clark (1705X)
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432
(763) 572-3442

Attorneys for Plaintiff

Date: January 25, 2001.

**LINDQUIST & VENNUM, P.L.L.P.**

By: ______________________

Jenna G. Johnson (#291067)
4200 IDS Center
80 South Eight Street
Minneapolis, MN 55402-2205
(612) 371-3211

Gene Moskowitz
Wolf, Moskowitz and Holland
205 West Wacker Drive, Suite 1600
Chicago, IL 60606-1213
(312) 236-3510

Attorneys for Defendant

I:\HOME\COMLIT\CTC\LTD\STIP-CHG.NAM